Ralph P. FORBES, and The People,
Plaintiff–Appellant,

v.

The ARKANSAS EDUCATIONAL TELE-VISION COMMISSION, and its Board of Directors in their official capacities; the Arkansas Educational Telecommunications Network Foundation, and its members and officers; Susan J. Howarth, in her official capacity as Executive Director; Victor Fleming, in his official capacity as Chairman; G.E. Campbell, in his official capacity as Vice–Chairman; Dr. Caroline Whitson, in her official capacity as Secretary; Diane Blair, in her official capacity as Commissioner; S. McAdams, in his official capacity as Commissioner; James Ross, in his official capacity as Commissioner; Jerry McIntosh, in his official capacity as Commissioner; Lillian Springer, in her official capacity as Commissioner; Amy L. Oliver, in her official capacity as Production Manager; Bill Clinton, in his official capacity as Governor of the State of Arkansas; John Does, Sued as certain "John Doe" crooked, lying politicians and political "dirty tricks" operatives and special interests, etc.; KHBS TV/ Channel 40 UHF; KHOG TV/Channel 29 UHF; American Broadcasting Company, Agent Darrel Cunningham; Steve Barnes, KARK TV, 4 Eye–Witness News and AETN Producer; Oscar Eugene Goss, Arkansas Educational Television Network, Defendants–Appellees,

Bill Simmons, Associated Press, Chief of Bureau/Arkansas, Defendant,

Carol Adornetto; Larry Foley; Lavenia Craig, in her official capacity as Commissioner; Robert Doubleday, in his official capacity as Commissioner, Defendants–Appellees.

Organization of State Broadcasting Executives, Amicus Curiae.

No. 95–2722.

United States Court of Appeals,
Eighth Circuit

July 21, 1998.

Before McMILLIAN, RICHARD S. ARNOLD, and JOHN R. GIBSON, Circuit Judges.

*ORDER*

We have received the judgment of the Supreme Court of the United States, reversing our judgment in the above case and remanding the case for further proceedings in conformity with the opinion of that Court. Accordingly, the mandate of this Court is recalled, our opinion and judgment previously filed are vacated, and the judgment of the District Court, dismissing the complaint with prejudice, is affirmed. The new mandate should issue forthwith.